**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: **WILLIAM L. STEAD**<br><br>    and<br><br>**CATHY M. STEAD**<br><br>                    Debtor(s) | CASE NO. 14-60895<br><br>CHAPTER   13 |

### ORDER ON MOTION BY JOINT DEBTOR CATHY M. STEAD TO BIFURCATE THE CHAPTER 13 CASE

UPON CONSIDERATION of the Motion before the Court filed by counsel for one of the joint Debtors in this case, CATHY M. STEAD, to deconsolidate, bifurcate and sever her case so that she may convert her portion of the case to a separate Chapter 13 without disturbing the Chapter 13 case and discharge of her husband, WILLIAM L. STEAD; upon the careful review of the representation therein, the Court does hereby

ORDER, ADJUDGE AND DECREE that the case of CATHY M. STEAD be, and hereby is, deconsolidated, bifurcated and severed. The above-captioned case number shall be maintained for the case of WILLIAM L. STEAD, and a new case number shall be assigned to the case of CATHY M. STEAD.

Debtors' counsel is directed to mail a copy of this Order to all parties entitled to notice of the same.

Dated:   December 5, 2014

*/s/ Rebecca B Connelly*
United States Bankruptcy Judge

I ask for this:

/s/ Shannon T. Morgan
Shannon T. Morgan
TUCKER GRIFFIN BARNES PC
307 West Rio Road
Charlottesville, VA 22901
(434) 973-7474
(434) 951-0870 – Fax
SMorgan@TGBLaw.com

Seen and Agreed:


/s/Herbert L. Beskin
Herbert L. Beskin
Chapter 13 Trustee


Seen and Not Opposed:


/s/Marshall M. Slayton
Marshall M. Slayton, Counsel for William L. Stead